UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOLIN,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>,<br><br>　　　　　Defendants. | Case No.: 5:24-cv-00184-BLF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 3/11/2024, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Paul C. Bolin ID: E88100
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696

Dated: 3/11/2024

　　　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court, United States District Court

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Tiffany Salinas-Harwell, Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　　　the Honorable << My Judge Full Name >>

*Service_Certificate _CRD*
*rev. August 2018*