United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

N RE PAUL C. BOLIN,

Petitioner.

Case No. 24-cv-00184 BLF (PR)

**JUDGMENT**

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __**March 11, 2024**_____

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.24\00184Bolin_judgment.docx